**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TRAVIS MIGUEL HICKEY** **PLAINTIFF**
**# 215923**

**v.** **Case No. 4:26-cv-00924-JM-JTK**

**PCRDF** **DEFENDANT**

# JUDGMENT

Pursuant to the order filed on this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 22nd day of October, 2026.

UNITED STATES DISTRICT JUDGE